

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00093-CR

**EX PARTE** Greg **SAUL**

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-01-002-HCW
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order denying habeas corpus relief is AFFIRMED.

SIGNED July 1, 2015.

_____
Luz Elena D. Chapa, Justice